**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**


UNITED STATES OF AMERICA            §

    VS                              §     CRIMINAL NO. **L-05-1467**

**MANUEL MORENO-GONZALEZ**          §


## O R D E R

    BE IT REMEMBERED on this____29TH_____ day of _____AUGUST_____, 2005___, the Court

reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the

United States Magistrate Judge filed **AUGUST 11,  2005**, wherein the defendant waived appearance before

this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony

guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The magistrate judge recommends

that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant  to the Report

and Recommendation, the Court enters the following order:

    IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and

is hereby adopted.

    SIGNED this the __29TH___ day of _____AUGUST_____, 2005.


                                                _George P. Kazen_

                                                  George P. Kazen
                                       United States District Judge